FILED
2003 OCT -9 P 12: 28

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AUDLEY WATSON<br>*Plaintiff,* | : | PRISONER<br>NO. 3:02CV600(JGM) |
| VS. | : | |
| WARDEN GOMEZ, ET AL.<br>*Defendants.* | : | October 8, 2003 |

FILED OCT 16 2 59 PM '03 U.S. DISTRICT COURT NEW HAVEN, CONN.

### MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

The defendants in the above-captioned matter hereby respectfully request an additional thirty days in which to respond to the plaintiff's Amended Complaint, up to and including November 13, 2003. In support of this motion, the defendants note the following. On August 11, 2003, this Court entered an order granting the plaintiff's Motion to Amend Complaint. At that time, the Court noted:

> the proposed Amended Complaint is deficient in that the caption does not include the names of all the defendants as required by Rule 10(a), Fed. R. Civ. P. The Clerk has informed the plaintiff of this deficiency and has directed the plaintiff to submit a corrected Amended Complaint. Upon the filing of an Amended Complaint that complies with Rule 10(a), Fed. R. Civ. P., the Clerk is directed to docket the Amended Complaint.

The docket entries for this matter indicate that the plaintiff filed an Amended Complaint that was docketed on August 20, 2003. A scheduling order then issued on September 12, 2003, indicating defendants should file a responsive pleading on or before October 12, 2003.

While the undersigned counsel for the defendants did receive a copy of the originally proposed Amended Complaint in this matter, defendants did not receive a copy of whatever complaint was docketed on August 20, 2003. The undersigned counsel on behalf of the

10/16/03 — Granted to 11/13/03 — J.M.S.