UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Oct 15  1 05 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

AUDLEY K. WATSON

v.

MR. GOMEZ, et al.

Case No.   PRISONER JGM
3:02CV600 (PCD)

## RULING AND ORDER

Pending before the court are two motions to compel filed by the plaintiff. For the reasons set forth below, the motions are denied.

In the motion entitled "Motion for Discovery," the plaintiff states that he served a request for production of documents on the defendants on June 3, 2003. He claims that the defendants did not respond to his request. On July 15, 2003, he sent a letter to counsel for the defendants asking her to respond to the request. In the motion entitled "Motion for Order Compelling Disclosure of Discovery," the plaintiff indicates that the defendants did respond to his request. He claims counsel objected to the requests as overly broad, unduly burdensome and not calculated to lead to admissible evidence. The plaintiff does not indicate that he made any attempt to contact counsel after he received counsel's objections to his discovery request.

A party may seek the assistance of the court only after he has complied with the provisions of Rule 37(a)(2)(A) of the Federal Rules of Civil Procedure and Rule 37(a)(2) of the Local Civil Rules of the United States District Court for the District of Connecticut. Under both rules, a motion to compel must include a certification that the plaintiff has

made an attempt to confer with opposing counsel in a good faith effort to resolve the discovery dispute without the intervention of the court.

The plaintiff does not allege that he conferred with counsel in an effort to resolve any discovery dispute he may have with regard to counsel's objections to his June 2003 request for production of documents. Because the plaintiff has failed to comply with the provisions of Federal Rule 37(a)(2)(A) and Local Rule 37(a)(2), the Motions to Compel [docs. ## 29, 30] are DENIED without prejudice.

SO ORDERED in New Haven, Connecticut, this 14th day of October, 2003.

Joan G. Margolis
United States Magistrate Judge