FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AUDLEY WATSON<br>*Plaintiff,* | : PRISONER<br>: NO. 3:02CV600(PCD)(JGM) |
| VS. | : |
| WARDEN GOMEZ, ET AL.<br>*Defendant.* | :<br>: November 5, 2003 |

## MOTION TO DISMISS AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the defendants in the above-captioned matter move to dismiss this matter in its entirety for several reasons. First, the Amended Complaint fails to state a claim upon which relief can be granted as to any of the defendants. Second, the Prison Litigation Reform Act precludes this action in which the plaintiff failed to exhaust his administrative remedies. Lack of sufficient personal involvement also precludes the action as to the defendants Gomez, Ladden, Taylor and McGuinness. In addition, lack of personal jurisdiction precludes this action as to the defendant Ladden. Finally, the doctrine of qualified immunity precludes this action, all as set forth more fully in the attached Memorandum of Law.

DEFENDANTS,
Warden Gomez, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT 06105
Telephone No. (860) 808-5450
Fax No. (860) 808-5591
E-Mail: lynn.wittenbrink@po.state.ct.us


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class postage prepaid this 5th day of November, 2003 to:

Audley K. Watson, Inmate No. 185524
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

_____
Lynn D. Wittenbrink
Assistant Attorney General