UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 NOV 14 P 4: 28
US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| Audley K. Watson | : | PRISONER |
| Plaintiff, | : | Case No. 3:02CV600(PCD)(JGM) |
| v. | : | |
| Gomez et. al. | : | Nov. 12, 2003 |
| Defendants, | : | |

### MOTION FOR EXTENSION OF TIME TO REPLY

### TO DEFENDANT's MOTION TO DISMISS

The plaintiff, Audley Kimathi Watson, a PRO SE litigant, in the above-captioned matter, hereby respectfully requests an **60** day extension of time, up and to and including January 5, 2004, within to file a responsive pleading to the defendant's MOTION TO DISMISS. In support of this motion, the plaintiff represents the following :

1. This is the first motion for an extension of time as to reply to the defendant's second motion to dismiss.

2. The plaintiff is a PRO SE litigant, incarcerated at Macdougal C.I. in Suffield Ct., and has very limited access to the institutions resource center/law library and legal materials.

3. The defendant's motion to dismiss and memorandum of law in support of their motion to dismiss is over one hundred (100) pages in length, which makes a thorough reply more timely.

Respectfully Submitted;

X <u>Audley Kimathi Watson 185524</u>

*Audley Kimathi Watson 185524*

## CERTIFICATION

I hereby certify that a copy of the foregoing motion was sent first-class mail, postage pre-paid, on this 12th day of November, 2003, to the following :

1. Clerk of the court
   U.S. district Court
   915 Lafayette BLVD
   Brigdeport, CT. 06604

2. Office of the Attorney General
   Mackenzie Hall
   Lynn D. Wittenbrink, AAG
   110 Sherman Street
   Hartford, CT. 06105-2294

X <u>Audley Kimathi Watson 185524</u>

*Audley Kimathi Watson 185524*