UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Audley K. Watson | : | PRISONER |
| Plaintiff, | : | Case No. 3:02CV600(PCD)(JGM) |
| V. | : | |
| Gomez et. al. | : | |
| Defendants, | : | November 14, 2003 |

## PLAINTIFF'S REPLY TO DEFENDANTS
## MOTION TO DISMISS

The plaintiff, A PRO SE litigant, in the above- captioned matter respectfully requests that this honorable court not to dismiss and move to proceed in this matter for the following reasons :

1. To the extent the plaintiff also seeks damages from the defendants in their individual capacity.

2. This complaint clearly states several claims upon which relief can be granted, as it will prove suffcient deliberate indifference on the part of the defendants with regard to his serious medical condition, and requests relief in the form of surgury to eliminate, reverse or cure the plaintiff's well documented periodontal problem. The plaintiff also request relief in the form of properly fitting dentures and dental accessories in the form of dental floss, medicated toothpaste, medicated mouthwash, etc.

3. This complaint clearly states a claim upon which relief can be granted insofar as it alleges tampering and withholding Medical/Dental documents

as a retaliatory move against the plaintiff for filing grievances against the defendants and to conceal the violation of the plaintiff's constitutional rights protected in the U.S. Constitution, and also to hinder any future URC referrals which constitutes deliberate indifference.

4. This action should survive the defendants motion to dismiss pursuant to the Prisons Litigation Act, for the plaintiff sufficiently exhausting all administrative remedies.

5. This complaint states the personal involvement on the part of defendant(s) Dr. Dennis R. Pederson, Carol Lucid, Rebecca Ladden, Ms. Taylor, and Ms. Mcginness.

6. This complaint is <u>not</u> subject to dismissal as the plaintiff completely and properly filed the U.S. 285 Marshal Service forms which were served on all the defendants in their <u>individual</u> and official capacity.

7. All the defendants are not entitled to qualified immunity in their individual capacity.

Wherefore, the plaintiff maves that this court allow this complaint to proceed in it's entirety.

X <u>Audley Kimathi Watson 185524</u>
      Plaintiff

X <u>Audley Kimathi Watson 185524</u>
      Plaintiff

## CERIFICATION

I hereby certify that a copy of the foregoing motion was mailed first-class mail, postage prepaid this 14th day of November, 2003 to :

1. Clerk of the court
   U. S. District court
   915 Lafayette BLVD.
   Bridgeport, Connecticut
   06604

2. Office of the Attorney General
   Mackenzie Hall
   Lynn D. Wittenbrink, AAG
   110 Sherman Street
   Hartford, Connecticut
   06105-2294

X Audley Kimathi Watson 185524
    Plaintiff

X _/s/ Audley Kimathi Watson 185524_
    Plaintiff

Audley Kimathi Watson 185524
Macdougal C.I.
1153 East Street South
Suffield, Connecticut
06080