and the imminent fear he felt he was in. The plaintiff eventually got transfered to another facility before he could pursue any further grievannces pertaining to that issue. What should shock the conscience of the court is the fact that, on the last grievance defendant Pederson <u>admits</u> and <u>acknowledges</u> that the plaintiff needed immediate outside treatment, but, still tried to convince the plaintiff to simply extract more teeth! Defendant Pederson knew he was not curing, assisting, or helping to maintain the plaintiff's problem by extracting more teeth, in fact, extracting teeth actually <u>exposed</u> the plaintiff to additional problems and infections. And if left up to defendant Pederson, he would have continued to extract more teeth unnecessarily, all to inflict pain, suffering, and mental and emotional stress to the plaintiff. Defendant Pederson is either so grossly negligent that he failed to observe the obvious pain and infliction the plaintiff was suffering daily for months, or, he intentionally and sadistically recorded that the plaintiff was "O.K." and "no further treatment is needed" all with the state of mind to cause the plaintiff to needlessly suffer pain for prolonged periods of time. This is clearly a barbaric and inhumane act.

The plaintiff filed an amended complaint in support of his original complaint. In this complaint, the plaintiff includes another two (2) grievances proving his claims of deliberate indifference. The grievances will clearly state that the plaintiff will ultimately be refused any outside treatment to UCONN from being denied in his initial outside referral filed by defendant Pederson. As such, defendant Pederson's actions of filing an unfavorable report resulted in denying any outside treatment, which was all defendant Pederson's strategic ploy to cause the plaintiff additional pain and suffering, which is cruel and savage. As such, the plaintiff has fully exhausted all his administrative remedies concerning deliberate indifference.

15

In reference to tampering/withholding important medical/dental documents involving defendants Ladden, Ms. Mcginness, and Ms. Taylor, the plaintiff received a copy of his medical/dental file <u>after</u> he was transferred to another institution. As a result, the plaintiff could not file grievances against individuals in another institution. The plaintiff could not challenge defendants Ladden, Ms. Mcginness, or Ms. Taylor in Macdougal C.I. when the alleged incident took place in Garned C.I. The only remedy to prove his allegations of the defendants tampering/withholding his documents was to get confirmation from the Inmates Legal Assistance Program, which he did, to prove his claim. As such, the plaintiff should be allowed to proceed with all of his issues in their entirety.

### E <u>PERSONAL INVOLVEMENT</u>

Where damages are sought in a 1983 action, the defendant(s) must be responsible for the alleged constitutional depravision. Thus, an allegation of personal involvement is a necessary prerequisite for a valid cause of action under 1983. See e.g.; Gill v. Mooney, 824 F.2d 192, 196 (2nd Cir. 1987). In this case, the plaintiff filed an additional amended complaint with his original complaint that specifies the exact dates certain incidents actually occurred, included additional grievances, and specifically points out the personal involvement of each defendant.

### F <u>DEFENDANT REBECCA LADDEN</u>

The plaintiff is a prisoner, inmate, presently incarcerated at Macdougal C.I. in Suffield, CT. The plaintiff, in reference to serving all the defendants, not only completely and thoroughly filed the proper 285 U.S. Service Marshal forms (copies enclosed), the plaintiff also wrote a letter to the clerk of the court specifically asking if all the defendants have been served. (letter

enclosed) This can also be proven by the fact that the court deemed the letter moot. In addition to this, the plaintiff also wrote a letter to the Marshal's office on March 2003 asking if they perfected service. As such, the plaintiff tried everything within his power, as an inmate, to perfect service on all the defendants.

## G DEFENDANTS ARE NOT ENTITLED TO QUALIFIED IMMUNITY IN THEIR INDIVIDUAL CAPACITY

"Hunt v. Uphoff, Supra 199 F.3d at 1224 (stating that officials may be held liable when a delay results in a lifelong handicap or a permanent loss."
The plaintiff is also suing the defendants in their individual capacity.

Wherefore, As a result of the facts presented, the plaintiff requests that this complaint proceed against the defendants in it's entirety.

Respectfully Submitted

X <u>Audley KImathi Watson 185524</u>
      Plaintiff

X _____ /185524/
      Plaintiff

## CERTIFICATION

I hereby certify that a copy of the foregoing motion was sent first-class mail, postage prepaid this **14th** day of **Nov., 2003** to the following :

1. Clerk of the Court
   U.S. District Court
   915 Lafayette BLVD
   Bridgeport, Connecticut
   06604

2. Office of the Attorney General
   Mackenzie Hall
   Lynn D. Wittenbrink, AAG
   110 Sherman Street
   Hartford, Connecticut
   06105-2294

X <u>Audley Kimathi Watson 185524</u>
            Plaintiff

X <u>*[signature] Audley Kimathi Watson 185524*</u>
            Plaintiff

Macdougal C.I.
1153 East Street South
Suffield, Connecticut
06080

## DOCUMENTS ENCLOSED

1. Service of Summons letter - dated Sept. 4, 2002
2. Ruling on Pending motions - dated Nov. 20, 2002
3. Seven (7) 285 U.S. Marshals service forms. (1) Official Capacity, (6) individual Capacity. various dates.
4. Inmate Grievance form A, Level 1 - dated 11/10/01
5. Inmate Grievance form A, Level 1 - dated 2/7/03
6. Inmate Grievance form B, Levels 2 and 3 - dated 3/13/03
7. Letter from Attorney Jessica J. York W/three (3) documents included - dated Aug. 8, 2002
8. Letter from Attorney Jessica J. York W/three (3) documents included - dated Nov. 8, 2002
9. Letter from Managing Attorney Jane Starkowski - dated Feb. 4, 2002
10. Letter from Attorney Ellen Downing, directed to Mr. John Botti at UCONN - dated Dec. 31, 2001
11. Letter from Attorney Ellen Downing - dated Dec. 31, 2001
12. Letter from Attorney Ellen Downing - dated Nov. 30, 2001
13. Six (6) pages of dental documents - dated 7/01 - 1/03
14. Utilization Review Request - dated 1/7/02
15. Utilization Review Report - dated 1/17/02
16. Authorization for Release of Information - dated 10/15/01

Macdougal C.I.
1153 East St. South
Suffield, CT. 06080

Sept. 4, 2002

Clerk of Court
U.S. District Court
915 Lafayette Boulevard
Bridgeport, CT. 06604

**Docket No: 3:02-cv-00600**

**RE: Service of Summons**

Dear Clerk;

I have not recieved any proof of service of summons from the Marshall's office or the court ordering or showing perfection of service on the defendants in the above entitled case.

Please reflect the date the court granted or denied service of summons on the defendants in this case.

Thank You;

Audley K. Watson
#185524

*/s/ Audley K. Watson/*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Nov 21  12 24 PM '02
U.S DISTRICT COURT
NEW HAVEN, CONN.

AUDLEY KENNETH WATSON

V.

MR. GOMEZ, ET AL.

PRISONER
CASE NO. 3:02V600 (PCD) (JGM)

### RULING ON PENDING MOTIONS

The plaintiff has filed a motion for appointment of counsel, motion for extension of time and motion to correct. For the reasons set forth below, the motion for appointment of counsel and motion for extension of time are denied and the motion to correct is granted.

I.  Motion for Appointment of Counsel [doc. # 9]

The plaintiff is seeking an appointment of pro bono counsel in this action pursuant to 28 U.S.C. § 1915. The Second Circuit has made clear that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel. See Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986), cert. denied, 502 U.S. 996 (1991). The plaintiff has provided evidence that he contacted four law firms. Each firm stated that it would be unable to represent the plaintiff in this action. The court concludes that the plaintiff has made sufficient attempts to obtain the assistance of counsel with

to be Kenneth. Thus, the court concludes the plaintiff's middle name was inadvertently listed as Kenneth. The plaintiff's Motion for Name Correction [doc. # 10] is GRANTED. The Clerk is directed to make the necessary change to the docket sheet.

### Conclusion

The plaintiff's Motion for Appointment of Counsel [doc. # 9] is DENIED without prejudice. The plaintiff's Motion for Extension of Time [doc. # 8] is DENIED as moot. The plaintiff's Motion for Name Correction [doc. # 10] is GRANTED. The plaintiff's middle name should read Kimathi. The Clerk is directed to make the necessary change to the docket sheet.

SO ORDERED.

Dated at New Haven, Connecticut, this 20th day of Nov., 2002.

_____
Joan G. Margolis
United States Magistrate Judge

3

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Audley Kimathi Watson 185524 | COURT CASE NUMBER: 3:02CV600 (PCD)(JGM) |
| DEFENDANT: Mr Gomez., et al | TYPE OF PROCESS: Complaint |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Attorney General

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 55 Elm Street Hartford, Connecticut 06105

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Audley Kimathi Watson 185524
Macdougal C.I.
1153 East Street South
Suffield, Connecticut 06080

- Number of process to be served with this Form - 285: ONE (1)
- Number of parties to be served in this case: SIX (6)
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**OFFICIAL CAPACITIES**

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: NONE
DATE: 9/16/02

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1 | District of Origin No.: 1 | District to Serve No.: 1

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10/15/02 | Time: 11:30 am

REMARKS:

**3. NOTICE OF SERVICE**

FORM USM-285 (Rev. 12/15/80)
PRIOR EDITIONS MAY BE USED

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**PLAINTIFF:** Audley Kimathi Watson 185524
**COURT CASE NUMBER:** 3:02CV600 (PCD) (JGM)
**DEFENDANT:** Rebecca Ladden
**TYPE OF PROCESS:** Complaint

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Rebecca Ladden

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Garner C.I.
50 Nunnawauk Road P.O. Box 5500 Newtown, Connecticut 06470

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Audley Kimathi Watson 185524
MacDougal C.I.
1153 East Street South
Suffield, Connecticut 06080

- Number of process to be served with this Form - 285: **ONE (1)**
- Number of parties to be served in this case: **SIX (6)**
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**INDIVIDUAL CAPACITY**

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: NONE
DATE: 9/16/02

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund

REMARKS:

PRIOR EDITIONS MAY BE USED    **3. NOTICE OF SERVICE**    FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: AUdLEY KIMATHI WATSON 185524 | COURT CASE NUMBER: 3:02CV600 (PCD)(JGM) |
| DEFENDANT: DR. DENNIS R. PEDERSON | TYPE OF PROCESS: COMPLAINT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DR. DENNIS R. PEDERSON

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
GARNER C.I.
50 NUNNAWAUK Road P.O. Box 5500 NEWTOWN, CONNECTICUT 06470

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUdLEY KIMATHI WATSON 185524
MACDOUGAL C.I.
1153 EAST STREET SOUTH
SUFFIELD, CONNECTICUT 06080

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) |
| Number of parties to be served in this case | SIX (6) |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

INDIVIDUAL CAPACITY

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: NONE
DATE: 9/16/02

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. | No. | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

**NOTE**

PRIOR EDITIONS MAY BE USED

**3. NOTICE OF SERVICE**

FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: AUDLEY KIMATHI WATSON 185524 | COURT CASE NUMBER: 3:02CV600 (PCD)(JGM) |
| DEFENDANT: MR. GOMEZ | TYPE OF PROCESS: COMPLAINT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ MR. GOMEZ

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
GARNER C.I.
50 NUNNAWAUK ROAD P.O. BOX 5500 NEWTOWN, CONNECTICUT 06470

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUDLEY KIMATHI WATSON 185524
MACDOUGAL C.I.
1153 EAST STREET SOUTH
SUFFIELD, CONNECTICUT 06080

Number of process to be served with this Form - 285: ONE (1)
Number of parties to be served in this case: SIX (6)
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

INDIVIDUAL CAPACITY

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: NONE
DATE: 9/16/02

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service / Time am/pm
Signature of U.S. Marshal or Deputy

Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED      **3. NOTICE OF SERVICE**      FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| AUDLEY KIMATHI WATSON 185524 | 3:02CV600 (PCD)(JGM) |
| DEFENDANT | TYPE OF PROCESS |
| MS TRAYLOR | COMPLAINT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

MS. TRAYLOR

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

GARNER C.I.
50 NUNNAWAUK ROAD P.O. BOX 5500 NEWTOWN, CONNECTICUT 06470

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUDLEY KIMATHI WATSON 185524
MACDOUGAL C.I.
1153 EAST STREET SOUTH
SUFFIELD, CONNECTICUT 06080

| Number of process to be served with this Form - 285 | ONE (1) |
| Number of parties to be served in this case | SIX (6) |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

[F1] INDIVIDUAL CAPACITY

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: NONE
DATE: 9/16/02

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED  **3. NOTICE OF SERVICE**  FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF | COURT CASE NUMBER |
| AudLEY KiMATHi WATSON 185524 | 3:02CV600 (PCD)(JGM) |
| DEFENDANT | TYPE OF PROCESS |
| CAROL LUCID | COMPLAINT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ CAROL LUCID
**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
GARNER C.I.
50 NUNNAWAUK ROAD P.O. BOX 5500 NEWTOWN, CONNECTICUT 06470

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AudLEY KiMATHi WATSON 185524
MACDOUGAL C.I.
1153 EAST STREET SOUTH
SUFFIED, CONNECTICUT 06980

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) |
| Number of parties to be served in this case | SIX (6) |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**INDIVIDUAL CAPACITY**

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: NONE
DATE: 9/16/02

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above) | Date of Service | Time am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED — **3. NOTICE OF SERVICE** — FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

PLAINTIFF: Audley Kimathi Watson  185524
COURT CASE NUMBER: 3:02CV600 (PCD)(JGM)

DEFENDANT: Ms. Meginness
TYPE OF PROCESS: Complaint

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Ms. Meginness

**AT** ADDRESS: Garner C.I. 50 Nunnawauk Road P.O. Box 5500 Newtown, Connecticut 06470

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Audley Kimathi Watson 185524
MacDougal C.I.
1153 East Street South
Suffield, Connecticut 06080

Number of process to be served with this Form - 285: ONE (1)
Number of parties to be served in this case: SIX (6)
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**INDIVIDUAL CAPACITY**

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: NONE
DATE: 9/16/02

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time  am/pm
Signature of U.S. Marshal or Deputy

Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED                 **3. NOTICE OF SERVICE**                 FORM USM-285 (Rev. 12/15/80)