# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601B
7-1-98

| Inmate name Lindley Watson | Inmate no. 165524 |
|---|---|

| Facility Gurner C.I. | Housing unit E 202 | Date 11/10/01 |
|---|---|---|

| ☐ Line grievance | ☐ Line emergency | ☒ Health grievance | ☐ Health emergency |
|---|---|---|---|

| IGP no. 136 | T no. 179 |
|---|---|

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level-1 decision because I am appealing the level 2 appeal which was denied on 11/9/01 because Helen Dorsey H.S.A. says that a "wrong tooth" extraction cannot be validated, but the fact remains that whether it can or cannot be cont.

| Inmate signature Lindley Watson | Date 11/10/01 |
|---|---|

### FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|

Reasons

Level-2 reviewer

☐ This grievance may be appealed within 5 days to Level 3

☐ This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because

| Inmate signature | Date |
|---|---|

Deposit your appeal in the box for inmate grievances.

### FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|

Reasons

Level-3 reviewer

validated. The wrong tooth was pulled. Now I apparently need another tooth pulled and I have no assurance that the right tooth will be pulled this time, or if pulling teeth will solve the problems in my gums. I want to be seen by a specialist who can guarantee that the right procedure will be performed this time.

Copy

Copies made with me

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601A
7-1-98

| Inmate name | Ashley Watson | Inmate no. 185534 |
|---|---|---|
| Facility | MacDougall C.I. | Housing unit: SE 2-68 | Date 2/7/03 |

- [ ] Line grievance
- [ ] Line emergency
- [x] Health grievance
- [ ] Health emergency

1. **Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

   Medical did not respond to request.

2. **Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

   For the past couple of years I've been experiencing severe dental problems (periodontal disease) and recently (1/24/03) I just got 2 more teeth pulled (#39, 28) and I desperately want to save my existing teeth. Please send me to a dental surgeon to operate on my gums.

3. **Action requested.** Describe what action you want taken to remedy the grievance.

   Site a utilization review report to UConn Health Center's Correctional Managed Health Care to expedite me there for surgery and to provide me with dental accessories (medicated mouthwash, medicated toothpaste etc.) to help my teeth and gums.

   Inmate signature: Ashley K. Watson

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

---

**FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW**

| IGP no. M137-03-028 | T no. |
|---|---|
| Date received 3/10/03 | Disposition D | Date of disposition 3/10/03 |

Grievance issue: Dental

Reasons: UR denied your outside oral surgery consult. You will be managed in DOC. No order on release for special dental products were ordered by the dentist - only to maintain good oral hygiene.

Level-1 reviewer: [signature]

[Stamp: 2003 FEB 28 P 3:04 HEALTH SERVICES MACDOUGALL BUILDING]

# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 96018 7-1-98

| Inmate name | Lindley Watson | | Inmate no. | 185324 |
|---|---|---|---|---|
| Facility | Macdougall C.I. | Housing unit L 2 68 | Date | 3/13/03 |

Stamp: MACDOUGALL HEALTH SERVICES 2003 MAR 24 A 1:55

- [ ] Line grievance
- [ ] Line emergency
- [x] Health grievance
- [ ] Health emergency

| IGP no. MB7-03-028 | T no. |
|---|---|

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

**Appeal.** I am appealing the Level-1 decision because I was denied outside surgery over a year ago and my gum disease continues to get worse. I am begging for you to review my chart (dental) again, so you can see without this surgery I will lose ALL my teeth.

| Inmate signature | Lindley Watson | Date | 3/13/03 |
|---|---|---|---|

## FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

| Date received 3-24-03 | Disposition C | Date of disposition 3-27-03 |
|---|---|---|

Reasons: Surgery has been denied. However, dental is aggressively treating your gum problem with frequent scaling which they will continue. You must also practice good oral hygiene.

Level-2 reviewer: [signature]

- [ ] This grievance may be appealed within 5 days to Level 3
- [x] This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

**Appeal.** I am appealing the Level-2 decision because

| Inmate signature | | Date | |
|---|---|---|---|

Deposit your appeal in the box for inmate grievances.

## FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|

Reasons:

Level-3 reviewer:

# LAW OFFICES OF
# SYDNEY T. SCHULMAN

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
La-Tanya J. Mansfield
Michael A. Rubino, Jr.
Kenneth J. Speyer

## INMATES' LEGAL ASSISTANCE PROGRAM

August 8, 2002

Mr. Audley Watson
#185524
MacDougall CI
1153 East Street South
Suffield, CT 06080

Dear Mr. Watson:

Thank you for your letter dated May, 2002, received on May 29, 2002; wherein, you included additional dental records not included with your file obtained from Garner CI.

Please be advised that I have had an opportunity to review the records included with your correspondence, along with re-reviewing the records previously obtained. Unfortunately at this time, your entire dental file does not offer a clear picture of which teeth you have had extracted. I understand that you are claiming that tooth 24 was mistakenly extracted on September 30, 2001. However, your dental records include a notation dated November 15, 2001 which states, "Periodontal abscess teeth #23, 24, 27." Thus, based on the notes, it appears that tooth 24 was not extracted prior to November, 2001.

Additionally, in your medical file, there is a notation that you were to go to UCONN for periodontal surgery. Unfortunately, your medical file does not contain any updates after the alleged surgery. Moreover, an expedited URC referral was made in January, 2001, but your records were sent to ILAP before the URC response was received.

Based on your records, you may have a claim for not receiving more prompt periodontal care, but I will not be able to determine whether such a claim is viable without reviewing your updated dental file, including any records from the specialist. In addition, an updated dental file may clarify which teeth have been extracted. In order to obtain an update of your dental file, I will need a current authorization for release of your medical/dental file.

Due to the confidential nature of physician-patient privilege, the medical staff is precluded from divulging anything relative to your treatment and/or diagnosis. I must have your express, written permission to access and review your medical file. Thus, I have enclosed a medical release authorization. If you elect to have me review your medical records, please insert your initials in the areas designated with a "✔" mark. Remember to have an institutional representative witness your signature. Return the completed release to me at your earliest convenience. Post receipt of your release, I will request your medical records from John Botti, at

Mr. Audley Watson
Page -2-
August 8, 2002

UCONN Correctional Managed Health Care. I ask that you exercise patience since it usually takes four (4) to five (5) weeks to receive a medical file. Post receipt and review of your medical file, I will communicate my findings to you.

    Please find enclosed the originals of the records included with your correspondence. I have retained copies for your ILAP file.

    I await the return of your completed, signed and witnessed authorization. In the interim, if you have any further questions or concerns, please feel free to contact ILAP again.

    Sincerely,

    Jessica J. York
    Attorney-at-law



# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601B
7-1-98

| | |
|---|---|
| Inmate name: Audrey Watson | Inmate no. 185524 |
| Facility: Garner CI | Housing unit: E 202 | Date: 10/22/01 |

[ ] Line grievance  [ ] Line emergency  [x] Health grievance  [ ] Health emergency

IGP no. 136    T no. 179

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

**Appeal. I am appealing the Level-1 decision because** Because you only addressed 1 issue in my complaint! The dentist pulled out the wrong tooth! I want to address that.

Inmate signature: Audrey Watson    Date: 10/22/01

### FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

Date received: 11/07/01    Disposition: Denied    Date of disposition: 11/9/01

**Reasons:** You had (2) teeth that were infected and eventually removed. Both Dr. Savlick and Dr. Pedersen recommended extraction and you were shown the x-rays prior to extraction. A removable denture has been made and you have received the denture; plus one adjustment. A "wrong tooth" cannot be validated.

Level-2 reviewer: Helen Dorsey HSA

[ ] This grievance may be appealed within 5 days to Level 3
[ ] This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

**Appeal. I am appealing the Level-2 decision because**

Inmate signature:    Date:

Deposit your appeal in the box for inmate grievances.

### FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|
| | | |

Reasons:

Level-3 reviewer:

# Inmate Grievance Form A, Level 1
### Connecticut Department of Correction

CN 9601A
7-1-98

Inmate name: Aindley Watson
Inmate no. 185524
Facility: Garner C.I.
Housing unit: E 202
Date: 10/08/01

[ ] Line grievance   [ ] Line emergency   [x] Health grievance   [ ] Health emergency

1. **Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

   A Health grievance (no request)

2. **Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

   On the date of 9/1/01 I went down to the dentist to get 2 teeth pulled. One of the teeth that the dentist pulled was the wrong tooth.

3. **Action requested.** Describe what action you want taken to remedy the grievance.

   I want dentures to replace the wrong tooth taken out and to be compensated for the unnecessary pain and suffering.

Inmate signature: Aindley Watson

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

IGP no. 136
T no. 179
Date received: 10/10/01
Disposition: Denied
Date of disposition: 10/18/01

Grievance issue

Reasons: According to your chart, on 10/15/01 you saw the dentist and was informed lower denture (cosmetic type) could be made while imprisoned. Please continue to follow up with the dentist.

Level-1 reviewer: Joan Dobson CHWS

CONT.

Went to see him the first time he stated pulling 2 teeth would solve the problem permanently! And yet after he pulled those 2 front teeth the problem is still here! So I asked him what assurance can he give me that pulling more teeth will solve the problem?! He then stated "All he's gonna do is pull teeth." I told him that I don't think that will solve the problem being that it didn't solve the problem before, and to send me to UCONN! He then stated that he's not gonna send me to UCONN and I quote "Do what you gotta do"!!

NOW I'M AFRAID! Because now even if I did want to take his advise and pull all my teeth I'm afraid of him and do not want him to do it! With such comments and such obvious anger against me, how can I trust him in my mouth?!

NOT IN FILE

Lindley D. Vann
#45524

## LAW OFFICES OF
## SYDNEY T. SCHULMAN

### INMATES' LEGAL ASSISTANCE PROGRAM

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Foye A. Smith
Jenna M. Edmundson

November 8, 2002

Mr. Audley Watson
#185524
MacDougall CI
1153 East Street South
Suffield, CT 06080

Dear Mr. Watson:

    Thank you for your letter dated August 15, 2002, received at Inmates' Legal Assistance Program on August 19, 2002; wherein, you included a completed, signed and witnessed authorization for release of medical records.

    Pursuant to the completed authorization, please be advised that I have requested your medical/dental records from May 1, 2001 through the present. Upon receipt, ILAP will review your records relative to dental treatment advise you accordingly.

    In addition, please find enclosed the originals of all documents included with your correspondence. I have retained copies for your ILAP file.

    If you have any further questions or concerns, please feel free to contact ILAP again.

Sincerely,

Jessica J. York
Attorney-at-law

HR601 REV.5/94
**CONNECTICUT DEPARTMENT OF CORRECTION**
**DENTAL RECORD**

E

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 185-524 | 8-14-72 |

INMATE NAME (LAST, FIRST, INITIAL): Watson, Audley

SEX: (M) F   RACE/ETHNIC: (B) W H O   FACILITY: Oakrock

| ADMISSION DATE | DENTAL CLASSIFICATION |
|---|---|
| DENTAL EXAM. DATE | DENTIST |

### MISSING TEETH AND RESTORATIONS

*Teeth pulled* →

R — 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 — L
    32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

### CARIES AND NON-RESTORABLE TEETH

*No's* / *Teeth recoded*

R — 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 — L
    32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

### MEDICAL ALERT

**COMMENTS:**

**ALLERGIES:** NKDA

CONFIDENTIAL INFORMATION
"The confidentiality of this record is required under Chapter 899 of the Connecticut General Statutes. Material shall not be transmitted to anyone without written consent or other authorization as provided in the aforementioned statutes."

### DENTAL PROCEDURES

| DATE | | DENTIST SIGNATURE |
|---|---|---|
| 7-10-01 | 2pm ℅/ Bottom Front Teeth Hurt. OA/ #25+26 Periodontal Abcess w/ yellowish Exudate. #25+26 Cl II Mobility. P/ Exam, 1 PAX, DHE Rx/ (Pen VK + Motrin) | Dr. Dennis R. Pedersen, D.M.D. |
| 7/20/01 | Pt Informed #25+26 Require Extractn. T/x Refused as Teeth No Longer Hurt. | Dr. Dennis R. Pedersen, D.M. |
| 8/16/01 10:00AM | gingival tissue swollen behind #26, 27. Pus exudate. Placed on Keflex 500mg × 30 tabs × 1 tab q 6h for one week. Re-evaluate in one week. | |
| 8/27/01 | Area now healed. No treatment needed at this time | |

# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601B
7-1-98

Inmate name: Audrey Watson
Inmate no.: 185524
Facility: Garner CI
Housing unit: E 202
Date: 10/22/01

[ ] Line grievance   [ ] Line emergency   [X] Health grievance   [ ] Health emergency

IGP no. 136
T no. 179

Use this form to appeal a Level-1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level-1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level-1 decision because: Because you only addressed 1 issue in my complaint! The dentist pulled out the wrong tooth! I wish to address that.

Inmate signature: [signed] Audrey Watson
Date: 10/22/01

### FOR OFFICIAL USE ONLY. LEVEL 2 REVIEW

Date received: 11/07/01
Disposition: Denied
Date of disposition: 11/9/01

Reasons: You had (2) teeth that were infected and eventually removed. Both Dr. Saelack and Dr. Pedersen recommended extraction and you were shown the x-rays prior to extraction. A removable denture has been made and you have received the denture; plus one adjustment. A "wrong tooth" can not be validated.

Level-2 reviewer: Helen Dorsey HSA

[ ] This grievance may be appealed within 5 days to Level 3
[ ] This grievance may not be appealed to Level 3 (see A.D. 9.6, Sect. 17)

Appeal. I am appealing the Level-2 decision because:

Inmate signature:
Date:

Deposit your appeal in the box for inmate grievances.

### FOR OFFICIAL USE ONLY. LEVEL 3 REVIEW

Date received:
Disposition:
Date of disposition:

Reasons:

Level-3 reviewer:

[signed] Audrey Watson 185524

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601A
7-1-98

Inmate name: Audley Watson  
Inmate no.: 185524  
Facility: Garner C.I.  
Housing unit: E 202  
Date: 10/08/01

- [ ] Line grievance
- [ ] Line emergency
- [x] Health grievance
- [ ] Health emergency

1. **Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

   A Health grievance (no request)

2. **Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8-1/2-by-11-inch sheet of paper and attach it to this form.)

   On the date of 9/_/01 I went down to the dentist to get a tooth pulled. One of the teeth that the dentist pulled was the wrong tooth.

3. **Action requested.** Describe what action you want taken to remedy the grievance.

   I want dentures to replace the wrong tooth taken out and to be compensated for the unnecessary pain and suffering.

Inmate signature: Audley Watson

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY. LEVEL 1 REVIEW

IGP no.: 136  
T no.: 179  
Date received: 10/10/01  
Disposition: Denied  
Date of disposition: 10/18/01

Grievance issue:

Reasons: According to your chart, on 10/15/01 you saw the dentist and was informed a lower denture (cosmetic type) could be made while imprisoned. Please continue to follow up with the dentist.

Level-1 reviewer: Joan Dobson CHNS

LAW OFFICES
OF
SYDNEY T. SCHULMAN

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

INMATES' LEGAL ASSISTANCE PROGRAM

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
La-Tanya J. Mansfield
Ellen J. Downing
Michael A. Rubino, Jr.
Kenneth Speyer

February 4, 2002

Audley Kimathi Watson
#185524
Garner CI
50 Nunnawauk Road
P. O. Box 5500
Newtown, CT 06470

Dear Mr. Watson:

Although you have no outstanding correspondence, this letter is written as follow-up to receipt of your medical records, for the time frame from January 1997 until January 16, 2002, on January 24, 2002.

This letter will serve as a notification that ILAP staff attorney, Ellen Downing, left the agency on December 31, 2001. She is now employed by a Connecticut legal services organization. As a result of her departure, her caseload has been reassigned to other attorneys. I will be working with you on your legal issues.

A review of your ILAP file evidenced that in your December 11, 2001 letter, you wrote that post receipt and review of your medical file, you would forward *a copy of the facts which lead (sic) to this incident*. Mr. Watson, lawyers do not operate in a vacuum without a review of facts relative to how and what you perceive to be the wrongful actions of the DOC. Without your account of the facts, including dates, and actions, relative to the incident, a legal analysis cannot be done. It is not the good practice of law to evaluate any potential legal action, without knowledge of what allegedly transpired.

In her December 31, 2001 response letter, Attorney Downing thanked you for supplying *answers to inquiries...posed in my November 30, 2001 letter*. However, she is mistaken since a file review indicated that you never forwarded any *account of the facts and circumstances*, which she requested in the above referenced letter.

Hence, I am forwarding you a copy of your medical file received at ILAP on January 24, 2002. Be advised that unless you provide the requested information, the merits of your case can not be evaluated. I await your response, as well as any supplemental information.

Audley Kimathi Watson
February 4, 2002
Page -2-

In the meantime, stay well.

Very truly yours,

*[signature]*

Jane Starkowski
Managing Attorney

JS:kv

LAW OFFICES
OF
SYDNEY T. SCHULMAN

Administrative Director
Sydney T. Schulman, Esq.

INMATES' LEGAL ASSISTANCE PROGRAM

Managing Attorney
Jane Starkowski

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
La-Tanya J. Mansfield
Ellen J. Downing
Michael A. Rubino, Jr.
Kenneth Speyer

December 31, 2001

Mr. John Botti
Correctional Managed Health Care
UConn Health Center
M C # 5386
236 Farmington Avenue
Farmington, CT 06030-5386

**RE: Audley Kimathi Watson, #185534**

Dear Mr. Botti:

Enclosed please find an original, executed Authorization for Release of Information in support of my request to receive photocopies of the above-referenced individual's medical records from January 1997 to the present date.

Thank you for your assistance. If you have any questions, please do not hesitate to contact me.

Sincerely,

Ellen Downing
Attorney at law

Enclosure
Cc: Audley Kimathi Watson
    Dr Brett Rayford

LAW OFFICES
OF
SYDNEY T. SCHULMAN

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

INMATES' LEGAL ASSISTANCE PROGRAM

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
La-Tanya J. Mansfield
Ellen J. Downing
Michael A. Rubino, Jr.
Kenneth Speyer

December 31, 2001

Audley Kimathi Watson
# 185524
Garner CI
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

Dear Mr. Watson:

Thank you for your correspondence, which was received by Inmates' Legal Assistance Program (ILAP) on December 11, 2001. I appreciate your prompt response, wherein you supplied answers to inquiries I posed in my November 30, 2001 letter. The correspondence also included a properly executed Authorization for Release of Information. Enclosed you will find a copy of a letter I wrote to request copies of your medical records. It takes about six to eight weeks to receive medical records from the Department of Correction (DOC).

As I mentioned in my last letter, after ILAP receives your medical file, it is reviewed by our medical person, who is employed for the purpose of conducting such reviews. Once the medical reviewer evaluates your file, then I will conduct a legal analysis and notify you with my assessment.

Sincerely,

Ellen Downing
Attorney at law

Enclosure