**LAW OFFICES**
**OF**
**SYDNEY T. SCHULMAN**

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

**INMATES' LEGAL ASSISTANCE PROGRAM**

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
La-Tanya J. Mansfield
Ellen J. Downing
Michael A. Rubino, Jr.
Kenneth Speyer

November 30, 2001

Audley Kimathi Watson
# 185524
Garner CI
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

Dear Mr. Watson:

Thank you for your letter dated November 8, 2001, received by Inmates' Legal Assistance Program (ILAP) on November 13, 2001; wherein, you requested a copy of your medical file, including dental records as well. You alleged that the facility dentist recently pulled out the wrong tooth.

Enclosed herewith, is an authorization for the release of medical and dental information for you to complete. Please initial the applicable spaces, sign and date the form in the presence of a prison employee, perhaps your counselor, who must also sign and date the form. Then return the completed authorization to me at your earliest convenience so I can request your medical file.

If you are considering litigation against the Department of Correction (DOC) and you would like legal assistance from ILAP, you would need to send me a complete account of the facts and circumstances concerning your dental issue. Please also forward me any relevant inmate requests, grievances, incident reports, or other supporting evidence you may have. I will review any documents you send me in conjunction with your medical and dental records. Thereafter, I will be in a better position to determine the merits of your claim and our subsequent ability to assist you.

Please be advised that since I have not yet had the opportunity to review your medical file, I cannot advise you as to the merits of a lawsuit at this time. However, I can advise you as to procedure.

There are normally two options in a case such as the one you described. The first option is to file a claim with the Claims Commission. This type of action requires that you allege and ultimately prove that negligent treatment by the dentist has resulted in permanent damage. Negligence refers to conduct that falls below the standard established by law for the protection of others against unreasonable risk of harm. Connecticut General Statutes Sec. 4-148(a), requires

78 OAK STREET • P.O. BOX 260237 • HARTFORD, CT 06126-0237 • TEL. (860) 246-1118 • FAX (860) 246-1119
TOLL FREE NUMBER 1-800-301-ILAP

Audley Kimathi Watson
# 185524
November 30, 2001
Page 2

that a claim be filed within one year of the date the damage or injury is sustained or discovered or in the exercise of reasonable care should have been discovered, provided no claim shall be presented more that three years from the date of the act or event complained of." The Claims Commission can give you permission to sue the State of Connecticut.

If you believe you have grounds to file a negligence claim, I suggest that you do so immediately. I have included a claims packet for that purpose.

The second option is to file a civil rights suit pursuant to the federal statute 42 U.S.C. §1983. The standard in such a case is "deliberate indifference." You would be required to prove that the dentist knew you had a serious medical need and that he disregarded a substantial risk to your health or well-being. There is a three-year statute of limitations for filing such a suit. I have also included a packet for filing this type of action should you opt to do so.

Until I review your medical file, I am unable to offer an opinion about which of the above options might be available to you. Typically, after a medical file is received by ILAP we will conduct a legal analysis along with the assistance of our medical reviewer, employed by ILAP for the purpose of conducting file reviews and evaluations, and thereafter, we will notify you with our findings. I ask that you exercise patience since the process of ordering, evaluating and analyzing an inmate's medical records is a rather lengthy process, often consuming three (3) months.

Please be advised that ILAP's contract with the State of Connecticut limits us to offering advice about process and procedure, as well as help with the preparation of documents in civil matters that display the elements of a *prima facie* case. A *prima facie* case consists of sufficient evidence to allow a plaintiff to survive a motion to dismiss in a nonjury trial or a motion for a directed verdict in a jury trial. If the evidence supports a prima facie case, we supply all the necessary assistance to inmates who choose to represent themselves in legal action. On the other hand, if the evidence does not support a prima facie case, we are contractually and ethically precluded from assisting you. In that case, you still have the option of pursuing the matter on your

If you have any additional questions or concerns, please feel free to contact me. I look forward to hearing from you and to receipt of the executed authorization and any other document you may have relevant to your dental matter.

Audley Kimathi Watson
# 185524
November 30, 2001
Page 3

Sincerely,

Ellen Downing
Attorney at law

Enclosures

HR602 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

# DENTAL TREATMENT PLAN

| INMATE NUMBER | *185524* | DATE OF BIRTH |
|---|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) | *Watson A* | |

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | (B) W H O | |

## RESTORATIVE & SURGICAL PROCEDURES

### UPPER TEETH

| TOOTH # | PROCEDURE |
|---|---|
| 1) | |
| 2) | |
| 3) | |
| 4) | |
| 5) | |
| 6) | |
| 7) | |
| 8) | |
| 9) | |
| 10) | |
| 11) | |
| 12) | |
| 13) | |
| 14) | |
| 15) | |
| 16) | |

### LOWER TEETH

| TOOTH # | PROCEDURE |
|---|---|
| 17) | |
| 18) | |
| 19) | |
| 20) | |
| 21) | |
| 22) | Ext (?) > Pen Anie |
| 23) | Ext (?) > Advance |
| 24) | Ext |
| 25) | Ext |
| 26) | Ext (?) |
| 27) | |
| 28) | |
| 29) | |
| 30) | |
| 31) | |
| 32) | |

CONFIDENTIAL INFORMATION

"The confidentiality of this record is required under chapter 899 of the Connecticut general statutes. This material shall not be transmitted to anyone without written consent of other authorization as provided in the aforementioned statutes."

**DENTAL PROSTHETIC REQUIRED:**

PARTIAL UPPER _____

PARTIAL LOWER _____

FULL UPPER _____

FULL LOWER _____ Yes _____

HR601 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

# DENTAL RECORD

| INMATE NUMBER | 185-504 | DATE OF BIRTH | 8-14-72 |
|---|---|---|---|

INMATE NAME (LAST, FIRST, INITIAL): *Watson, Hidler*

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | (B) W H O | *Garner* |

| ADMISSION DATE | DENTAL CLASSIFICATION |
|---|---|
| DENTAL EXAM. DATE | DENTIST |

## MISSING TEETH AND RESTORATIONS

R  1  2  3  4  5  6  7  8  |  9  10  11  12  13  14  15  16  L

   32  31  30  29  28  27  26  25  |  24  23  22  21  20  19  18  17

## CARIES AND NON-RESTORABLE TEETH

R  1  2  3  4  5  6  7  8  |  9  10  11  12  13  14  15  16  L

   32  31  30  29  28  27  26  25  |  24  23  22  21  20  19  18  17

## MEDICAL ALERT

COMMENTS:

ALLERGIES: *NKDA*

## DENTAL PROCEDURES

| DATE | | DENTIST SIGNATURE |
|---|---|---|
| 7-10-01 | Jpm S/ Bottom Front Teeth Hurt | Dr. Dennis R. Pedersen, D.M.D. |
| | OA/ #25+26 Periodontal Abscess w/ Yellowish Exudate | |
| | #25+26 Cl II Mobility | |
| | P/ Exam, 1 PAX, D+E Rx (Pen VK + Motrin) | |
| 7/20/01 | S/m Informed #25+26 Require Extraction I/m | Dr. Dennis R. Pedersen, D.M.D. |
| | Refused As Teeth No Longer Hurt | |
| 8/16/01 | gingival tissue swollen behind 26, 27. Pus exudate | |
| 10:00AM | Placed on Keflex 500mg × 30 tabs/ 1 tab q 6h for | |
| | one week. Re-evaluate in one week. | *Scott M. Perlow, D.M.D* |
| 8/27/01 | Area almost healed. No treatment needed at this time | |
| 10:45AM | | *Scott M. Perlow, D.M.D* |

Case 3:02-cv-00600-JGM Document 41-5 Filed 11/19/2003 Page 6 of 13

HR601A REV. 5/94
CONNECTICUT DEPARTMENT OF CORRECTION — DENTAL INFORMATION

| DENTAL RECORD (Continued) | The confidentiality of this record is required under Chapter 899 of the Conn... his material shall not be ... without written consent of other authorization as provided in the aforementioned statutes. | INMATE NUMBER 183104 | DATE OF BIRTH 7/14/72 |
|---|---|---|---|

INMATE NAME (LAST, FIRST, INITIAL) Webster

| ALLERGIES | | SEX: M | RACE/ETHNIC: B W H O | FACILITY |

## DENTAL PROCEDURES

| DATE | | DENTIST SIGNATURE |
|---|---|---|

9/23/01 - 230P/ Inmate Refused Extraction of #25-26-27(?) Explained to Him Antibiotic Temp. Solution And only Perm. Cure Is Ext. Rx /Pen VK          Dr. Dennis R. Pedersen, D.M.D.

9/20/01 - 1030A/ 7.6cc Xylo 2%, Ext 25 + 26, Metro. Pot          Dr. Dennis R. Pedersen, D.M.D.

10-12-01   NO Chew. Will R/S cc

10/5/01 - 0930A/ Temp. Lower Flipper Shade 62          Dr. Dennis R. Pedersen, D.M.D.
Pt. Informed This Is A Cosmetic Denture And The only
Type That Could Be Made While Imprisoned. However, He Could Have
A Fixed Bridge Made When Released ROP

10/24/01 - Insert Lower Flipper Signed UCHC Policy          Dr. Dennis R. Pedersen, D.M.D.

11/1/01 - 1000A/ Pt. Adj.          Dr. Dennis R. Pedersen, D.M.D.

11/13/01 - Periodontal Abscess Teeth #23-24-27 - #25 +2 Mobile          Dr. Dennis R. Pedersen, D.M.D.
Rx/ Keflex 500mg x 30, OHI. Pt. Informed That
There Is No Periodontist Available While He Is A
Prisoner To Treat Gum Disease. ROP

12/7/01 - Pt. Informed Again He Must Brush More often          Pedersen, D.M.D.
0930A To Help Control Tartar From Gums Pt. Informed that He Has Periodontal
Disease Reminded That He Has Had Poor O.H. Since 3/2000
And that There Is No Periodontist For Him To Be Referred
To as. Pt. Informed That Antibiotics Are only A Temporary
Solution And May Teeth May Need To Be Extracted.
Rx/ Pen VK And Metro. Pt. Also States He
Does Not Like to Wear A Partial. Pt. Informed
Again that only A Partial Denture Is Available
While He Is A Prisoner. ROP

12/12/01 - Responded To Pt. Brever I Grievance Where He States
He Was "Mistreated" And He is "Afraid of the Dentist," That
He Requires Perio Surgery And There Is No Periodontist To Perform It.

HSM-36 REV. 4/92

## DENTAL RECORD (Continued)

### DENTAL PROCEDURES

INMATE # 185524

| DATE | | DOCTOR |
|---|---|---|
| 11/7/02 | I/m Refused Extraction of my teeth which are Periodontally involved teeth. Told. over again He was told there is not a Periodontist on staff. I/m states He is Being Mistreated And His concerns are not being Addressed. | |
| 1/7/02 | I/m. URC Sent for Periodontal Surgery. CL. | |
| 1/10/02 | Received reply from URC Refusing Treatment By Periodontist, meaning All loose And Infected teeth to Be extracted with I/m's Consent. Copy given to CHNS Dobson to Relay to I/m. NO Perlson | |
| 4/3/02 | 1:45 PM.  S— chron Perio — pockets upset
O
A exam — 1 PAN
P — NV — Emergency Scaling  [signature]
**GEORGE P. HAAS, DMD** | |
| 4/15/02 | I/M refuses deep scaling  [signature]
**GEORGE P. HAAS, DMD** | |
| 6/24/02 | 10:30 AM
S— scaling
O LR periodus
A LR quad seal, 1 Comp tains
P NV — LL & UL quads
**GEORGE P. HAAS, DMD**  [signature] | |
| 9/10/02 | 10:00am  S— scaling
O  "
A  "
P: NV — 3 months  [signature]
**GEORGE HAAS, D.M.D.** | |

HR601 REV.5/94

**CONNECTICUT DEPARTMENT OF CORRECTION**

# DENTAL RECORD

| INMATE NUMBER 185524 | DATE OF BIRTH 7/14/72 |
|---|---|

| INMATE NAME (LAST, FIRST, INITIAL) WATSON, Kimplty | | |
|---|---|---|
| SEX (M) F | RACE/ETHNIC (B) W H O | FACILITY MCI |

| ADMISSION DATE | DENTAL CLASSIFICATION III |
|---|---|
| DENTAL EXAM. DATE | DENTIST |

## MISSING TEETH AND RESTORATIONS

| R | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

## CARIES AND NON-RESTORABLE TEETH

| R | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

## MEDICAL ALERT

COMMENTS:

ALLERGIES:

## DENTAL PROCEDURES

| DATE | | DENTIST SIGNATURE |
|---|---|---|
| 2/22/02 1:00 Pm | S - il have severe gum diseus | |
| | O needs scaly | |
| | A needs deep scaly. | |
| | P. NV - Emeslency, scaly. G Hous | |
| | GEORGE P. HAAS, DMD | |
| 2/26/02 10:00 pm | S - needs energery scaly | |
| | O " " " | |
| | A SCALING deep | |
| | P. NV - 6mms | *signature* |
| | SERIOUS PERIO - severe . | |
| | GEORGE P. HAAS, DMD | |

HR601A REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION

**DENTAL RECORD**
(Continued)

ALLERGIES

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 185524 | 7-14-72 |

INMATE NAME (LAST, FIRST, INITIAL)
Watson Kimathi

SEX: (M) F    RACE/ETHNIC: (B) W H O    FACILITY: MCI-M.B

DENTAL PROCEDURES

| DATE | | DENTIST SIGNATURE |
|---|---|---|
| 10/2/02 9³⁰mm | I/m requests to be placed on scaling list | M Sutto |
| 10/4/02 | Review chart    GEORGE P. HAAS, DMD | G. Haas |
| 10/29/02 | 9:00 Am   S- scaling | |
| | O " | |
| | A " | |
| GEORGE P. HAAS, DMD | P - NV - Exo. | G. P. Haas |
| 1/16/03 10²⁰ Am | S I have loose teeth | |
| | O # 23 + 26 → 3 mobility | |
| | flipper replaces 24 25 (xray 7/01) | |
| | A 23 + 26 need exo + added to flipper | |
| | P exo 23 + 26 + add denture teeth to | |
| | flipper    Marion P3 | |
| 1/23/03 10²⁵ Am | alginates taken to add | |
| | 23 + 26 to existing flipper. | |
| | W- exo 23 + 26    Marion P3 | |
| | IRENE MARION, D.D.S. | |
| 1/24/03 240 PM | 23 + 26 routine exo   2 x 30 BSS | |
| | pt tolerated procedure well | |
| | OH given. flipper delivered- | |
| | advised I'M      flipper may need | |
| | further adj. | |
| | Rx- SRU    Marion P3 | |
| | OK - on rising pt felt faint, placed in feet over | |
| | head position, damp cloth to forehead felt in | |
| | Nursing. BP strong. Pulse normal. after 15 minutes pt felt fine J.m    IRENE MARION, D.D.S. | |

HR202 REV6/01
**CONNECTICUT DEPARTMENT OF CORRECTION**
**UNIVERSITY OF CONNECTICUT HEALTH CENTER**
**CORRECTIONAL MANAGED HEALTH CARE**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 185524 | 7-14-72 |

INMATE NAME (LAST, FIRST, INITIAL)
Watson, Kimothy

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| M F | B W H O | Garner CI |

**UTILIZATION REVIEW REQUEST**

---

**SECTION I TO BE COMPLETED BY REQUESTING CLINICIAN**

| | REQUEST PRIORITY |
|---|---|
| 1. Requested Specialty Health Services Consultation/Procedure/Diagnostic Study | ○ Emergency |
| Periodontal Treatment by Periodontist | ○ Urgent (<72 hours) |
| 2. Method of Intended Transport: CDOC: ○ Vehicle  ○ Wheelchair Van | ☒ Expedite (<2 weeks) |
| Community: ○ Ambulance  ○ Wheelchair Van | ○ Routine (30-60 days) |
| | ○ Discretionary (F/U >60 days) |

3. History of Presenting Issue:

    ○ Pre-incarceration Issue: Date of Event:_____ Community Provider:_____

    ☒ Diagnosed During This Incarceration: Date of Diagnosis: **7-10-01**

    ○ Issue Secondary to Trauma: ○ Accident  ○ Altercation  ○ Assault  ○ Self-Inflicted  ○ Sports

4. Differential Diagnosis:
**30 Yr Old Male Advanced Progressive Periodontal Disease**

5. Supporting Information: (include signs, symptoms, and examination data)

**I/m Has Had 2 Teeth Removed Due To Bone Loss And Abcesses.**
**Several More Teeth Have +2 Mobility With Gingival Abcesses.**
**I/m Refuses Additional Extractions And Demands Treatment By**
**A Periodontist.**

**CHNS Joan Dobson Requests Decision By URC Review To**
**Continue Treatment By Outside Specialist**

| Requesting Clinician Signature/Title: _Diane Pedusa_ DMD | Date/Time: 1/2/02 - 0200P |
|---|---|
| Faxed to UR by (Signature/Title): _____ AA | Date/Time: 1702 pm |

---

**SECTION II TO BE COMPLETED BY UTILIZATION REVIEW UNIT**

☐   **INSUFFICIENT INFORMATION. PLEASE FORWARD:** ☐ Labs ☐ X-rays ☐ MIR ☐ MAR ☐ ER Treatment

    ☐ Other: _____ by (date): _____

☐   **APPROVED. Referral for _____ to be scheduled on/after: _____**

    **If more than one visit pre-authorized, number of follow-up appointments approved:** _____

    **SERVICE TO BE SCHEDULED AT:**

    ☐ UCHC    ☐ CDOC Facility (List):_____    ☐ OTHER (List): _____

☐   **DENIED** ☐ Level of care available in the facility    ☐ Other (List):

| Reviewer Signature/Title: _____ | Date/Time: 1-702 |
|---|---|
| Faxed to facility by (Signature/title): _____ AA | Date/Time: PM |

---

**SECTION III DETERMINATION MUST BE REVIEWED/SIGNED BY FACILITY CLINICIAN**

Reviewing Facility Clinician Signature/Title: _____ Date/Time: _____

**PHYSICIANS: Please contact CMHC Medical Director if you believe this is not a clinically appropriate decision**



# The University of Connecticut Health Center
# Correctional Managed Health Care
## *Utilization Management Unit*

## UTILIZATION REVIEW REPORT

On    **16-Jan-02**    Utilization Review was completed for the following case:

RE:    **Watson, Audley**    INMATE #: 185524    DOB:  7/14/72

REQUEST DATE    1/7/02    REQUEST #:  1    UCHC TOO :    0

FACILITY:    Garner    REQUESTOR:    DMD Pederson

CHIEF COMPLAINT:  Dental Caries/Issue

DISCUSSION SUMMARY PER UTILIZATION REVIEW REQUEST FORM:

29yo has had 2 teeth removed d/t bone loss and abscesses. Several more teeth have +2 mobility with gingival abscesses. Per Dr Pederson, patient refuses additional extractions and demands treatment by a periodontist.

UTILIZATION REVIEW DETERMINATION/RECOMMENDATIONS:

UR finds this patient's dental condition can be managed within the CMHC Dental/ Oral Surgery system at this time.

---

**FACILITY MD:  PLEASE NOTE ACTION REQUIRED**
Care plan to be managed on-site  •  Garner CI
Request Category   00        Will  Be Scheduled on/after:

PHYSICIANS: if you feel this is not a clinically appropriate decision, please contact Dr. Ruskin.

**URC Decision Must Be Reviewed/Signed by Facility MD Before Filing**

Signature _____    Date: _1/17/02_

c: Inmate Health Record

revised 12/1/99

**CONNECTICUT DEPARTMENT OF CORRECTION**

## AUTHORIZATION FOR
## RELEASE OF INFORMATION

| | |
|---|---|
| INMATE NUMBER _185524_ | DATE OF BIRTH _8/14/72_ |

INMATE NAME (LAST, FIRST, INITIAL)
_WATSON, Audley_

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | (B) W H O | _Garner CJ_ |

I hereby authorize the State of Connecticut, Department of Correction and its staff at
_Garner  CI_____ to OBTAIN the following information from: _MY MEDICAL_
_& FILE_

I hereby authorize the State of Connecticut, Department of Correction and its staff at
_Garner   CI_____ to REVEAL the following information to: _myself  — —_
_Audley  WATSON  # 185524_

INITIAL APPROPRIATE ITEM(S):

- ✓ Dates of Admission/Discharge.
- ✓ Pertinent Medical and/or Psychiatric information relevant to my diagnosis and/or treatment, including diagnosis.
- ✓ Alcohol and/or Drug abuse information.
- ✓ Other information (please be specific) : _____DENTAL  RECORDS_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RELEASE OF INFORMATION RELATING TO AN HIV DIAGNOSIS:

_____ Pertinent medical and/or psychiatric information relevant to a diagnosis of HIV. I may withdraw this consent at any time prior to the release of the above information.

"This information has been disclosed to you from records whose confidentiality is protected by state law. State law prohibits you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by said law. A general authorization for the release of medical or other information is **NOT** sufficient or this purpose." P.A. 89-246

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The specific purpose of this request is: _TO  VIEW  MEDICAL  FILE_

This consent, if not withdrawn, will expire on _____ or 90 days after it is signed.

Date of Birth: _8/14/72_    Date of signature: _10/15/01_   SS# _046 68-7903_

_CTC  Eileen  McHugh_
Witness Signature

Please return to:

| |
|---|
| FACILITY STAMP HERE |

_Audley Watson_
Requester's Signature

_____
Parent or Guardian
(If requester is a minor)

**LAW OFFICES**
**OF**
**SYDNEY T. SCHULMAN**

<u>Administrative Director</u>
Sydney T. Schulman, Esq.

**INMATES' LEGAL ASSISTANCE PROGRAM**

<u>Managing Attorney</u>
Jane Starkowski

<u>Staff Attorneys</u>
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Foye A. Smith
Jenna M. Edmundson

November 8, 2002

Mr. John Botti  → 11/27/02 *Faxed + mailed to HSA for MacDougall CI to*
Correctional Managed Health Care *Process ch (Tn)*
UCONN Health Center
MC #5386
263 Farmington Avenue
Farmington, CT 06030-5386

**RE:  MEDICAL/DENTAL FILE REQUEST, AUDLEY KIMATHI WATSON, #185524**

Dear Mr. Botti:

I am writing to request the medical/dental file of Mr. Audley Kimathi Watson, #185524.
Mr. Watson is an inmate currently incarcerated in MacDougall CI.  It is my understanding that
Mr. Watson could be under either name, Audley or Kimathi.  At your convenience, please
forward a copy of Mr. Watson's medical/dental file from May 1, 2001 to the present.  Enclosed
please find Mr. Watson's signed authorization to release said medical/dental file to Inmates'
Legal Assistance Program.  If you have any questions, please do not hesitate to contact me at
ILAP.  Thank you for your anticipated cooperation.

Sincerely,

Jessica J. York
Attorney-at-law

78 OAK STREET • P.O. BOX 260237 • HARTFORD, CT  06126-0237 • TEL. (860) 246-1118 • FAX (860) 246-1119
TOLL FREE NUMBER 1-800-301-ILAP