UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



AUDLEY WATSON

v.

MR. GOMEZ, et al.

Case No.

PRISONER
3:02CV600 (PCD) (JGM)

## RULING AND ORDER

The plaintiff seeks an extension of time to respond to the motion to dismiss.

The plaintiff's Motion [doc. # 40] is GRANTED nunc pro tunc.

SO ORDERED in New Haven, Connecticut, this 22⁻ of January, 2004.

Λ.

Joan G. Margolis
United States Magistrate Judge