UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AUDLEY WATSON | : | PRISONER |
| | : | NO. 3:02CV600(JGM) |
| VS. | : | |
| | : | |
| GOMEZ, ET AL | : | MARCH 4, 2004 |

### MOTION FOR PROTECTIVE ORDER

Pursuant to Local Rule 9 and Rule 26(c) of the Federal Rules of Civil Procedure, the defendants that have appeared in the above entitled matter hereby respectfully move for a protective order exempting them from responding to the plaintiff's discovery requests and Request for Admissions and any further discovery requests or requests for admissions filed in this matter submitted by the plaintiff until thirty days after the defendants' motion to dismiss filed November 10, 2003, is ruled upon by the court. In the alternative, the defendants' respectfully request a stay of all discovery in this matter until thirty days after said motion is decided by the court.

The pro se plaintiff is a prisoner who is currently incarcerated at the MacDougall-Walker Correctional Institution. The defendants submit this motion to preserve judicial resources and those of the defendants with regard to this meritless action wherein the plaintiff complains about the defendants' alleged failure to provide the plaintiff with medical care. The defendants have filed a motion to dismiss the complaint based the complaint's failure to state a claim upon which relief can be granted, lack of personal involvement, and qualified immunity. The defendants

believe that the motion to dismiss will be dispositive of the action, or at least of significant portions of this action, and respectfully move for a Protective Order effectively staying discovery until the Court has had an opportunity to rule on the Motion to Dismiss.

>DEFENDANTS,
>Gomez, et al.
>
>RICHARD BLUMENTHAL
>ATTORNEY GENERAL
>
>BY:_____
>Lynn D. Wittenbrink
>Assistant Attorney General
>Federal Bar No. ct08575
>110 Sherman Street
>Hartford, CT  06105
>Tel: (860) 808-5450
>Fax: (860) 808-5591
>E-Mail: lynn.wittenbrink@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 4th day of March, 2004:

Audley K. Watson, Inmate No. 185524
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

>_____
>Lynn D. Wittenbrink
>Assistant Attorney General