UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JUL 14  A 11: 53

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| AUDLEY K. WATSON | : | PRISONER |
| Plaintiff | : | Case No. 3:02CV600(JGM) |
| Vs. | : | |
| GOMEZ ET. AL. | : | |
| Defendant | : | July 12, 2004 |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(C),(2),(c), the plaintiff hereby respectfully requests this court to deny the defendants "MOTION FOR PROTECTIVE ORDER", dated March 4, 2004, and compel the defendants to respond to the plaintiff's Motion for Discovery - dated June 3, 2003, the plaintiff's Request for Admissions, dated March 1, 2004, and the plaintiff's Interrogatories and Request for Production of Documents, dated March 1, 2004, for the following reasons:

(1) "Discovery" in any civil proceeding is standard procedure and the plaintiff should be entitled to seek and obtain discovery to litigate the facts of the case.

(2) The Defendant's Memorandum of Law in Support of Motion to Dismiss, Dated November 5, 2003, only requested for the courts to dismiss "portions" of the plaintiff's amended complaint, thus acknowledging that the plaintiff will likely succeed on some merits of his case.

Page 2

(3) This same Defendant's Memorandum of Law in Support of Motion to Dismiss, page 6, acknowledges and admits that the plaintiff has filed and exhausted his grievance process as to (at least) one issue.

(4) The Defendants Motion for Protective Order requests the court to grant their motion "...to preserve Judicial resources...". Yet, as of date, the Defendants failed to respond to any of the plaintiff's three (3) discovery requests.

(5) The plaintiff's Motion for Discovery has only two (2) requests for information.

(6) The plaintiff's Request for Admissions is not unreasonable, unduly burdensome, or expensive. The plaintiff only asks for the defendants to admit or deny certain allegations which are extremely important to the issues at stake in this litigation.

(7) The plaintiff's Interrogatories and Request for Production of Documents are of vital importance to the issues at stake in this litigation.

Respectfully Submitted;

X <u>Audley K. Watson 185524</u>
     Plaintiff

X *[signature]* /185524/

### CERTIFICATION

I hereby certify that a copy of the foregoing Motion was sent, First Class Mail, postage prepaid, this 12th day of July, 2004 to the following:

1. Clerk of the court
   U.S. District Court
   915 Lafayette BLVD.
   Bridgeport, CT. 06604

2. Office of the Attorney General
   Mackenzie Hall
   Lynn D. Wittenbrink, AAG
   110 Sherman Street
   Hartford, CT. 06105-2294


X Audley K. Watson 185524
        Plaintiff

X _____