UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
AUDLEY K. WATSON

                                              PRISONER
     v.                          CIVIL NO. 3:02CV600 (JGM)

WARDEN GOMEZ
REBECCA LADDEN
DR. DENNIS R. PEDERSON
NURSE CAROL LUCID
MS. MCGINNESS
MS. TAYLOR
```

### J U D G M E N T

This cause came on for consideration of the defendants' Motion to Dismiss before the Honorable Joan G. Margolis, United States Magistrate Judge.

The Court has considered the motion and all the related papers. On August 10, 2004, the Court filed its Ruling granting the motion as to all claims against defendants Gomez, Ladden, Mcginness and Taylor and as to all other claims of deliberate indifference by defendants Pedersen and Lucid.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 24th day of August, 2004.

                                       KEVIN F. ROWE, Clerk

                                       By /s/ Cynthia Earle
                                           Cynthia Earle
                                           Deputy Clerk

Entry on Docket _____