UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 SEP -1  P 2: 38

| | |
|---|---|
| AUDLEY K. WATSON, | : PRISONER |
| Plaintiff, | : Case No. 3:02CV600(JGM) |
| V. | : |
| Warden Gomez,<br>Rebecca Ladden,<br>Dr. Dennis R. Pederson,<br>Nurse Carol Lucid,<br>Ms. McGinness,<br>Ms. Taylor | :<br>:<br>:<br>: |

### NOTICE OF APPEAL

1) Pursuant to F.R.A.P. 4(a)(1), Audley K. Watson hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the following Judgement/Order: Ruling on Motion to Dismiss.

2) The Judgment/Order in this action was entered on: August 10, 2004.

August 28, 2004

Audley K. Watson
Macdougal C.I.
1153 East Street South
Suffield, CT. 06080

1 of 2

## CERTIFICATE OF SERVICE

This certifies that I have on this 25Th day of August, 2004, placed a true and exact copy of the:

## NOTICE OF APPEAL

IN THE U.S. Mail, First Class, postage pre-paid to:

1) Clerk of the Court
   U. S. District Court
   915 Lafayette BLVD.
   Bridgeport, CT. 06604

2) Attorney General's Office
   Mackenzie Hall
   Lynn D. Wittenbrink, AAG
   110 Sherman Street
   Hartford, CT. 06105

Audley K. Watson