# UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE
### NEW YORK  10007



**Roseann B. MacKechnie**
**CLERK**

Date:              5/9/05

Docket Number:     04-4849-pr
Short Title:       Watson v. Gomez
DC Docket Number:  02-cv-600
DC:                DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:

                   Honorable Joan Margolis

MAY  9 - 2005

        At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 9th day of May, two thousand five.

_____
Audley Kimathi Watson,

        Plaintiff-Appellant,

v.

Gomez, Warden,  Rebecca  Ladden,  Chief Mrd Supv. Dennis R. Pederson, Dr. Dentist Carol  Lucid,  Dental Asst.  McGinness,  Ms. Records Clerk, Taylor, Records Clerk

        Defendant-Appellee.
_____

## ORDER OF DISMISSAL

        NOTICE HAVING BEEN GIVEN that the appellant was required to file a Prisoner Authorization form, properly signed and without alternation, and **APPELLANT HAVING FAILED** to file said Prisoner Authorization form within the **THIRTY DAYS** prescribed, **THIS APPEAL IS HEREBY DISMISSED.** Any motions pending prior to the entry of this order of dismissal are deemed **MOOT.**

## CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

A TRUE COPY
Roseann B. MacKechnie, CLERK

By _____
                                      For the Court,
                                      Roseann B. MacKechnie, Clerk

                                      By: Frank Perez
                                      Deputy Clerk

                                      Certified:

                                      MAY 9 - 2005